CANALE and others, Appellants, vs. HECKERT and another, Respondents.

*October 13—November 10, 1936.*

For the appellants there was a brief by *David L. Phillips* of Kenosha, attorney, and *N. Roy Beller* of Chicago, Illinois, of counsel, and oral argument by *Mr. Phillips.*

For the respondents there was a brief by *L. E. Vaudreuil* of Kenosha and *Regan & McCue* of Milwaukee, and oral argument by *Mr. Vaudreuil.*

PER CURIAM. The case was tried with and is ruled by the decision in *Canzoneri v. Heckert, ante,* p. 25, 269 N. W. 716.

The judgment of the circuit court is reversed, with direction for further proceedings in accordance with this opinion.